IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CONNER KOWALKOWSKI,

    Plaintiff,

  v.

ALLY FINANCIAL INC.,

    Defendant.

Case No. 18-cv-721-slc

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Ally Financial Inc. against plaintiff Conner Kowalkowski dismissing this case.

   s/V. Olmo, Deputy Clerk         7/11/2019
Peter Oppeneer, Clerk of Court         Date